# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Wesley E. Wills,                                     Civil No. 11-1652 (RHK/FLN)

      Petitioner,                              **ORDER**

v.

Michael J. Astrue, Commissioner of
Social Security,

      Respondent.

---

      Pursuant to the Court's Order (Doc. No. 7), **IT IS ORDERED** that the Clerk of Court **ENTER JUDGMENT** in the above-captioned matter.

Dated: August 17, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge